UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 15-CR-132

STEPHEN J. NEUBAUM,

    Defendant.

## ORDER

Defendant in the above matter has requestd leave to travel with his father to a Boy Scout camp in Northern Wisconsin to assist his father in clearing out his office as he nears retirement from his position as Program/Outdoor Director of Boy Scouts of America's Northeast Illinois Council. According to the motion, there will be no children present, but only adults. Both the Government and Probation oppose the motion to travel without further information. More specifically, given the nature of the offense the defendant is charged with, the Government believes that additional assurances that no children would be present are necessary. Probation likewise suggests that if the travel would be approved, they should directly contact Boy Scout's of America in order to determine if minors will be present.

Based upon the foregoing, the Court concludes that the motion for travel, at least as it currently stands, should be denied. If the defendant is able to provide the requested assurances within the short time remaining, the Court can reconsider his request.

**SO ORDERED** this  20th  day of May, 2016

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court